UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALLACE E. WILLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0217** |
| **HORNBECK OFFSHORE OPERATORS, L.L.C.** | **SECTION "K"(4)** |

### *ORDER AND OPINION*

Before the Court are plaintiff Wallace E. Wills's objection to pages 23 - 26 of the trial deposition of Mr. Andrew James John Leblanc and defendant Hornbeck Offshore Operators, L.L.C.'s objection to page 69, line 1- 11 of Dr. Karen Maddox's trial deposition. The Court overrules both objections.

Because plaintiff did not cite a specific basis for his objection to the cited portion of Mr. LeBlanc's testimony, the Court is uncertain of the basis for the objection. The Court concludes that the testimony is relevant and is based on Mr. LeBlanc's personal knowledge. Therefore, the testimony is admissible.

The Court overrules defendant's objection to the cited portion of Dr. Maddox's testimony concluding that the opinion expressed falls within her medical expertise and constitutes relevant evidence.

New Orleans, Louisiana, this 25th day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE