**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WALLACE E. WILLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0217** |
| **HORNBECK OFFSHORE OPERATORS, L.L.C.** | **SECTION "K"(4)** |

# J U D G M E N T

This action came on for trial before the Court, the Honorable Stanwood R. Duval, Jr. presiding, and the issues having been duly tried and a decision having been duly rendered by a jury;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of defendant Hornbeck Offshore Operators, L.L.C. and against plaintiff Wallace E. Wills, dismissing his complaint with prejudice at plaintiff's cost.

**IT IS FURTHER ORDERED** that the proper amount of costs to be awarded shall be determined by the Clerk of Court pursuant to L.R. 54.

New Orleans, Louisiana, this 2nd day of May, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE